# Court of Appeals
# of the State of Georgia

ATLANTA,  November 20, 2020

*The Court of Appeals hereby passes the following order:*

**A21D0109. JANINE ROBINSON v. EAGLE WEST, LLC et al.**

Plaintiff Janine Robinson has filed a timely application for discretionary review of the trial court's order granting summary judgment to the defendants in this civil action. No discretionary application is required, however, as the grant of summary judgment on any issue or as to any party may be appealed directly under OCGA § 9-11-56 (h), and this action does not appear to fall within one of the categories of cases for which a discretionary application is required to seek appellate review under OCGA § 5-6-35 (a). In addition, any other rulings entered in the case may be challenged as part of such a direct appeal. See OCGA § 5-6-34 (d); *Southeast Ceramics v. Klem*, 246 Ga. 294, 295 (1) (271 SE2d 199) (1980).

Under OCGA § 5-6-35 (j), this Court will grant a timely application for discretionary review if the lower court's order is subject to direct appeal. See, e.g., *Granite Loan Solutions, LLC v. King*, 334 Ga. App. 305, 306 (2) (779 SE2d 86) (2015); *City of Rincon v. Couch*, 272 Ga. App. 411, 411-412 (612 SE2d 596) (2005). Accordingly, this application is hereby GRANTED. Robinson shall have ten days from the date of this order to file a notice of appeal in the trial court. See OCGA § 5-6-35 (g). If Robinson already has filed a notice of appeal in the trial court, then

she need not file a second notice. The clerk of the trial court is DIRECTED to include

a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,   11/20/2020  *
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*